# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

MICHAEL ROBERT DEGROOT,

    Debtor

                                                  /

Chapter 7
Case No. 24-46411-LSG
Hon. Lisa S. Gretchko - Detroit

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of Hladik, Onorato & Federman, LLP appears on behalf of Creditor, American Credit Acceptance, LLC, in this action and requests that all further pleadings and correspondence filed regarding this matter be sent to the undersigned.

                                              Respectfully submitted,

DATE: August 7, 2024

                                      /s/ James M. McArdle
                                      James M. McArdle (P82443)
                                      Hladik, Onorato & Federman, LLP
                                      Attorney for American Credit Acceptance, LLC
                                      3290 West Big Beaver Road, Suite 117
                                      Troy, MI 48084
                                      (248) 362-2600
                                      Email: bankruptcy@hoflawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

MICHAEL ROBERT DEGROOT,

    Debtor

_____/

Chapter 7
Case No. 24-46411-LSG
Hon. Lisa S. Gretchko - Detroit

## PROOF OF SERVICE

I, James M. McArdle says that on August 7, 2024, I served a copy of the Notice of Appearance and Proof of Service upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Michael Robert DeGroot
5657 Secor
Ida, MI 48140
VIA U.S. MAIL

K. Jin Lim
Chapter 7 Trustee
176 S. Harvey
Plymouth, MI 48170
VIA CM/ECF NOTIFICATION

John Robert Keyes
Robert Keyes Law
1646 E Stadium Blvd
Ann Arbor, MI 48104
VIA CM/ECF NOTIFICATION

Respectfully submitted,

DATE: August 7, 2024

/s/ James M. McArdle
James M. McArdle (P82443)
Hladik, Onorato & Federman, LLP
Attorney for American Credit Acceptance, LLC
3290 West Big Beaver Road, Suite 117
Troy, MI 48084
(248) 362-2600
Email: bankruptcy@hoflawgroup.com